J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUET FONG WONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.  2:11-cv-01608-GMN-CWH<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants' Motion to Dismiss on October 11, 2012 [DE 30].

The Court finds that Plaintiff recorded a Notice of Pendency of Action (the "Lis Pendens") on or about August 2, 2011. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.   IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiffs are hereby cancelled, released, and expunged.

2.   This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

**DATED: 05/02/2013**

Submitted by:

LEWIS AND ROCA LLP

By:_____
J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

Attorneys for Defendants

# EXHIBIT "A"

# EXHIBIT "A"

|   |   |   |
|---|---|---|
| 1 | RECORDING REQUESTED BY: Plaintiff: Suet Fong Wong<br>AND WHEN RECORDED MAIL TO: | FILED<br>AUG 2  9 53 AM '11<br>[signature]<br>CLERK OF THE COURT |
| 2 | **LISP** | |
| 3 | Suet Fong Wong<br>5402 Night Swim Ln | |
| 4 | Las Vegas NV 89113<br>702-326-7828 | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| SUET FONG WONG, an individual,<br><br>   Plaintiff(s)<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP;<br>MERSCORP, INC., a Virginia Corporation,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. a subsidiary of MERSCORP,<br>Inc., a Delaware corporation; AND DOES<br>individuals 1 to 100, Inclusive; and ROES<br>Corporations 1 to 30, Inclusive; and all other<br>persons and entities unknown claiming any right,<br>title, estate, lien or interest in the real property<br>described in the Complaint adverse to Plaintiff's<br>ownership, or any cloud upon Plaintiff's title<br>thereto.<br><br>   Defendants. | CASE NO.: A-11-645985-C<br><br>DEPARTMENT: XXXII<br><br>**NOTICE OF LIS PENDENS<br>AFFECTING REAL PROPERTY**<br>NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON<br>SERVICE OF THE PARTY REQUESTING SAME<br>WHEN ISSUED AND AGAINST THE OTHER PARTY<br>WHEN SERVED, AND SHALL REMAIN IN EFFECT<br>FROM THE TIME OF ITS ISSUANCE UNITL TRIAL<br>OR UNTIL DISSOLVED OR MODIFIED BY THE<br>COURT. DISOBEDIENCE OF THIS LIS PENDENS IS<br>PUNISHABLE BY CONTEMPT<br><br>A-11-645985-C<br>LIS<br>Lis Pendens<br>1554808 |

**TO: ALL INTERESTED PARTIES**

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.
The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

   5402 Night Swim Ln,   Las Vegas NV 89113

NOTICE OF PENDENCY OF ACTION

1

And of which the legal description is as follows:    APN# 163-28-712-023

SOUTHERN VISTA EST UNIT #2 LOT 78, Plat Book 58, Page 56, Block 4 and by Certificate of record on 8/02/1999 in Book 19990802 as Inst. No.00613 all in the office of the County Recorder for Clark County, NEVADA.

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Violations of Unfair Lending Practices-NRS 598(D)100
2. Deceptive Trade Practices
3. Conspiracy to Commit Fraud and Conversion
4. Conspiracy to Conversion Related to MERS System
5. Inspection and Accounting
6. Unjust Enrichment
7. Breach of Good Faith and Fair Dealing
8. Injunctive Relief
9. Declaratory Relief
10. Rescission
11. Fair Housing Act 42 U.S.C. §3601 *et seq*

NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this __1__ day of __8-2011__, 2011.

                                                Plaintiff Signature(s):

                                                *Suet F Wong* (signature)
                                                Suet Fong Wong
                                                5402 Night Swim Ln
                                                Las Vegas NV 89113
                                                702-326-7828

## ACKNOWLEDGEMENT

Subscribed and sworn to before me this 1ST day of AUGUST, 2011

Signed: _[signature]_                   Seal: [NOTARY PUBLIC STATE OF NEVADA, County of Clark, ANTHONY HY, Appt. No. 08-104689-1, My Appt. Expires April 18, 2014]

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

NOTICE OF PENDENCY OF ACTION

2